UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:05-00147 |
| | ) | JUDGE HAYNES |
| MARSHAWN L. LYTLE | ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S MOTION TO SUPPRESS**

*[Handwritten note: Granted. This motion is granted for an extension until January 11, 2013. /s/ [Judge] 1-7-13]*

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests an extension of time to Monday, December 31, 2012, to submit its response to the defendant's pending motion to suppress. (D.E. 122).

In support thereof, counsel for the government submits that he is currently in the process of reviewing said motion and the issues raised therein but, due to recent schedule demands, needs additional time to complete this process. Accordingly, counsel for the government respectfully requests an extension to December 31, 2012, to submit the government's response in this matter.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant U. S. Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615)736-5151