UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:05-00147 |
| | ) | JUDGE HAYNES |
| MARSHAWN L. LYTLE | ) | |

**MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S MOTION TO SUPPRESS**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests a brief, additional extension of time to Thursday, January 3, 2013 to submit its response to the defendant's pending motion to suppress. (D.E. 122). The government previously requested an extension to Monday, December 31, 2012, but, due to ongoing schedule demands, needs a short extension to complete the finalization of its response. Accordingly, counsel respectfully requests an extension to January 3, 2013 to submit the government's response in this matter.

*[Handwritten note: This motion is GRANTED to January 14, 2013. /s/ [Judge signature] 1-7-13]*

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant U. S. Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615)736-5151