UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:05-00147 |
| | ) | Judge Haynes |
| MARSHAWN LYTLE | ) | |

## MOTION FOR STATUS CONFERENCE

Marshawn Lytle, by and through counsel, hereby requests a status conference. In support of this motion, undersigned counsel would show the Court the following:

1. This matter is set for trial on February 5, 2013. The case has been pending for over seven years due in part to a finding in 2006 that Mr. Lytle was incompetent to stand trial.

2. Mr. Lytle has expressed substantial dissatisfaction with undersigned counsel's representation, but thus far has not requested that counsel withdraw. Mr. Lytle has asked that this matter be set for a status conference so that he may apprise the Court of his concerns as to the handling of his case.

3. Given the nature of the discussions between Mr. Lytle and undersigned counsel, undersigned counsel believes a status conference is necessary to fully air Mr. Lytle's concerns and to determine whether those concerns require that undersigned counsel withdraw.

Respectfully submitted,

s/Kathleen G. Morris
Kathleen G. Morris
42 Rutledge Street, 1st Floor
Nashville, TN 37210
615-242-3200
Attorney for Marshawn Lytle

[Handwritten annotation: "Granted. This motion to Granted. The Conference is set for January 11, 2013 at 4:30 p.m. /s/ [Judge] 1-7-13"]