Dear Honorable Judge Haynes  4/15/13
  3:05cr00147

First and foremost I hope and pray that your day is going good inspite of your buisness.

Your Honor I get final sentenced on the 10th or 17th of May and as you know this same charge is being held over my head in the state and as I've told you I have told my lawyer about the situation how a detainer will raise my point level in my P.S.I. But nothing has been done I've wrote my state lawyer numerous of times without know responding from her and I don't know what to do? Or who else to write to let someone know my state lawyer isn't doing nothing to help me, so were do I go? I would like my state charges addressed, I have done some research and have discovered my state charges could affect my federal classification this opinion is directly from a federal probation officer, it says that my defense counsel should schedule a court date to have the previous matter disposed and then alert the judge that the matter is pending dispoistion, request that the sentence go forward and notify the judge you will provide a certified copy of the disposition. Request that the judge ~~let~~ order the probation officer to modify the P.S.R. to include the dispoistion (before sending the P.S.R.) to the B.O.P.) once the P.O. recieves this documentation also request that the judge's clerk wait to release the judgement and commitment order (J&C) until this happens since the issuance

---

[Margin annotations:]

[Top right:] rec'd 4/24/13

[Left margin:] ORDER Counsel for the Defendant shall file a response to this letter [signature] USM 4-19-13

\* [marker near "Probation Officer"]

of the judgement triggers the B.O.P. Designation Process. Having the client sentenced on the prior offense after sentencing prevents the client from having a scorable conviction. Requesting that the P.O. be directed to change the previously pending matter to one that has been disposed of elimanates the issue of having a pending matter or "Detainer" for B.O.P. ~~Purpose~~ Designation Purposes. If you are to sentence me to some time now that I have already did my P.S.I. My points & custody level will be high because of the Detainer. Your Honor I want to go home this year please help me?

Have a Wonderful Rest of the Day
Thank You God Bless

Marshawn Lytle #17510-025

P.S. I'm not trying to get on your nerves but I need this matter taken care of or at least know something before my final sentence can you please notify the P.S.I. people?