Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Tennessee

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| MARHSAWN L. LYTLE | ) | |
| | ) | Case No. 3:05-cr-00147 |
| | ) | USM No. 17518-075 |
| | ) | Stephanie Ritchie Mize |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    1 and 2    of the term of supervision.

☑ was found in violation of condition(s) count(s)    3    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful use of a controlled substance | 02/27/2024 |
| 2 | Failure to report for drug testing | 09/28/2023 |
| 3 | Commission of state crime | 03/06/2024 |

The defendant is sentenced as provided in pages 2 through    3    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

✓ Defendant has been found not guilty on violation number 4.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0984

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:
Madison, Tennessee

05/27/2025
Date of Imposition of Judgment

*Eli Richardson* (signature)
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

June 3, 2025
Date

DEFENDANT: MARHSAWN L. LYTLE
CASE NUMBER: 3:05-cr-00147

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

18 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Probation Office for this district due to ankle monitor requirement:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: MARHSAWN L. LYTLE
CASE NUMBER: 3:05-cr-00147

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

1 year supervised release - same conditions as previously imposed, except that

Standard Condition of Supervised Release No. 9 (Doc. No. 185 at 3) is changed from

"The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer."

to

"The defendant shall not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant shall not knowingly communicate or interact with that person without first getting the permission of the probation officer." See U.S.S.G. § 5D1.3"